NO. 07-04-0444-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 8, 2005

_____

JUAN ISRAEL RAMOS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NO. 47346-C; HONORABLE PATRICK A. PIRTLE, JUDGE

_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

**MEMORANDUM OPINION**

Appellant, Juan Israel Ramos, appeals from a conviction and sentence for possession of a controlled substance in a drug-free zone.

On November 4, 2004, this court directed the clerk of the trial court to file any and all documents in the court's file referencing or filed in connection with any affidavits of indigence filed by appellant. After receiving and reviewing this supplemental clerk's record,

this court concluded that no affidavit of indigency, which complied with Tex. R. App. P. 20.2, had been filed in this case. As a result, on January 14, 2005, this court directed appellant to certify that he had paid for the record, had made arrangements to pay for the record, or that other cause existed to preclude dismissal of this appeal for failure to file the appellate record. We directed appellant to file this certification or response by February 7, 2005. Having received no response from appellant, we now dismiss this appeal. See Tex. R. App. P. 37.3(b), 43.2(f).


Phil Johnson
Chief Justice


Do not publish.